IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

**HUNTINGTON DIVISION**

LITO FLORALDE ADAMS,

                    Plaintiff,

v.                                                   CIVIL ACTION NO.  3:13-4896

CAROLYN W. COLVIN,
Acting Commissioner of the
Social Security Administration,

                    Defendant.

**MEMORANDUM OPINION AND ORDER**

This action was referred to the Honorable Cheryl A. Eifert, United States Magistrate Judge, for submission to this Court of proposed findings of fact and recommendation for disposition, pursuant to 28 U.S.C. § 636(b)(1)(B).  The Magistrate Judge has submitted findings of fact and recommended that the Court grant Plaintiff's Motion for Judgment on the Pleadings (ECF No. 11), deny Defendant's Motion for Judgment on the Pleadings (ECF No. 14), reverse the final decision of the commissioner, remand this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings in accordance with the findings and recommendations herein, and dismiss this action from the docket of the Court.  Neither party has filed objections to the Magistrate Judge's findings and recommendations.

Accordingly, the Court accepts and incorporates herein the findings and recommendation of the Magistrate Judge and **GRANTS** Plaintiff's Motion for Judgment on the Pleadings (ECF No. 11), **DENIES** Defendant's Motion for Judgment on the Pleadings (ECF No. 14),

**REVERSES** the final decision of the commissioner, **REMANDS** this matter pursuant to sentence four of 42 U.S.C. § 405(g) for further administrative proceedings in accordance with the findings and recommendations herein, and **DISMISSES** this action from the docket of the Court, consistent with the findings and recommendations.

The Court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER:        June 26, 2014

_____

ROBERT C. CHAMBERS, CHIEF JUDGE